GURUMURTHY KALYANARAM, Appellant, v NEW YORK INSTITUTE OF TECHNOLOGY, Respondent.

Submitted December 5, 2011; decided January 10, 2012

Reported below, 79 AD3d 418.

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 712 (2011)].

---

FRANK D. MAKI, Appellant, v BASSETT HEALTHCARE et al., Respondents.

Submitted November 14, 2011; decided January 10, 2012

Reported below, 85 AD3d 1366.

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the portion of the Supreme Court order granting respondents' motion for summary judgment and dismissing the complaint, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining part of the Appellate Division order does not finally determine the action within the meaning of the Constitution.